EXHIBIT B

**From:** Bart Denham <Bart@denham.law>
**Sent:** Monday, February 24, 2025 11:38 AM
**To:** Stopher, Charles
**Cc:** Holt, Zachary; Hurst-Sanders, Jackson
**Subject:** Re: Kline v. Amazon

**This message needs your attention**

- Some Recipients have never replied to this person.

Mark as Safe/Report

Powered by Mimecast

We can counter at $334,165.97.

Very Truly Yours,

J. Bart Denham

**J. Bart Denham, Esq.**
*Denham Property and Injury Law Firm*
250 W. Main St. Suite 120
Lexington, Ky 40507
Office Phone: 859-900-2278
Email: Bart@Denham.Law

www.Denham.Law